THOMAS E. CHANDLER AND FRANKLIN TAYLOR v. C. J.
PAILTHORP, PRESIDING AS CIRCUIT JUDGE
OF ANTRIM COUNTY.

[See 93 Mich. 383.]

*Deposition—Mandamus.*

*Mandamus* will not lie to compel a circuit judge to suppress a
deposition taken in a chancery suit, but the question should
be raised upon appeal.

*Mandamus.*   Order to show cause denied June 13, 1893.

Relators applied for *mandamus* to compel the respondent
to suppress certain depositions taken in the case of *Dray-
ton v. Chandler*, reported in 93 Mich. 383, under an order
of the lower court reopening the case for the purpose of
taking testimony as to the value of the property covered
by the chattel mortgage mentioned in the opinion in said
case.

*Nelson C. Weter*, for relators.

PER CURIAM.   An order to show cause is denied.   The
question should be raised upon appeal.